# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00243-CV

**Anthony J. Maxa, Appellant**

**v.**

**Douglas J. Richardson, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 280821, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After the trial court granted appellee's special appearance, appellant filed his notice of accelerated appeal on April 25, 2005. On June 14, this Court sent appellant notice that his brief was overdue and that the appeal would be dismissed if appellant did not file a motion for an extension of time by June 24. To date, appellant has not filed a motion or brief or otherwise responded to this Court's communication. We therefore dismiss the appeal for want of prosecution on our own motion. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: August 9, 2005